# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James R. Hicks,

    Plaintiff(s),

vs.

Eric Poe, C-Dot Maintenance,
and City of Charlotte,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-494-C

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 18, 2006 Order.

**Signed: April 19, 2006**

Frank G. Johns, Clerk
United States District Court